CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 18 2010

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KENNETH EDWARD BARBOUR,<br>    Plaintiff, | ) <br>) <br>) | Civil Action No. 7:10-cv-00117 |
| v. | ) <br>) | ORDER |
| STANFORD,<br>    Defendant. | ) <br>) | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for leave to proceed in forma pauperis is **DENIED**; the complaint is **DISMISSED without prejudice**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 18th day of March, 2010.

_____
Senior United States District Judge